IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KLLM TRANSPORT SERVICES, LLC                              PLAINTIFFS
and KLLM 401(K) RETIREMENT PLAN

VS.                                         CIVIL ACTION 3:09cv609 TSL-JCS

RANDY MOWDY, MOWDY FINANCIAL, LLC,
ALLIANCE PARTNERS and ALLIANCE TRUST
COMPANY, LLC                                               DEFENDANTS

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding for the reason that the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, counsel for plaintiffs, is on the recusal list of the undersigned United States district judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this  8th   day of  January, 2010.


　　　　　　　　　　　　　　　　　　　　 /s/Tom S. Lee
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE