UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


KLLM TRANSPORT SERVICES, LLC, ET AL.                                    PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 3:09cv609-DPJ-JCS

RANDY MOWDY, ET AL.                                                     DEFENDANTS


**ORDER OF RECUSAL**

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28

U.S.C. § 455 (2000).  It is appropriate under the standards set forth in 28 U.S.C. § 455 that the

undersign recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further

proceedings in this case.

**SO ORDERED** this the 8th day of January, 2010.

                                                        s/ *Daniel P. Jordan III*
                                                        UNITED STATES DISTRICT JUDGE