IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KLLM TRANSPORT SERVICES, LLC and
KLLM 401(K) RETIREMNT PLAN                                    PLAINTIFFS

v.                                                 CIVIL ACTION NO. 3:09cv609-TSL-JCS

RANDY MOWDY, MOWDY FINANCIAL, LLC,
ALLIANCE PARTNERS and ALLIANCE
TRUST COMPANY, LLC                                             DEFENDANTS

## NOTICE OF DEATH

COMES NOW, the undersigned, Attorney for Defendants Randy Mowdy, Individaully, an Mowdy Financial, LLC. and pursuant to Rule 25 (a), Federal Rules of Civil Procedure and files this Notice of Death advising the Court that Defendant, Randy Mowdy, Individual, is now deceased, with his date of death being October 30, 2011.

                              Respectfully submitted,
                              Randy Mowdy, Individually,
                              and Mowdy Financial, LLC

                        By:  /s/ Steven H. Smith
                              Steven H. Smith
                              Attorneys for Defendants

Steven H. Smith (MSB#7610)
Steven H. Smith & Associates, PLLC
2630 Ridgewood Road, Suite C
Jackson, MS 39216
Phone: 601.987.4800
Fax: 601.987.6600
Email: ssmith@shsattorneys.com

## CERTIFICATE OF SERVICE

    I hereby certify that on 14th day of November, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the EFC system which sent notification of such filing to the following:

Clay Gunn
Richard F. Yarborough, Jr.
Robert F. Walker
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

D. Joseph Damiens, III
Damiens Law Firm, PLLC
750 Woodlands Parkway, Suite 209
Ridgeland, MS 39157

So certified, this the 14th day of November, 2011.

                                              /s/ Steven H. Smith
                                              Steven H. Smith