**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

KLLM TRANSPORT SERVICES, LLC,
and KLLM 401(K) RETIREMENT PLAN                          PLAINTIFFS

vs.                                                Civil Action No. 3:09-cv-609 HTW-LRA

RANDY MOWDY; MOWDY FINANCIAL,
LLC; ALLIANCE PARTNERS; and
ALLIANCE TRUST COMPANY, LLC                              DEFENDANTS

## ORDER OF DISMISSAL

All parties having agreed to and announced to the court a settlement of this

case, and the court being desirous that this matter be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed without prejudice as to all

parties.

If any party fails to consummate this settlement within **TWENTY (20) DAYS**,

any aggrieved party may reopen the case for enforcement of the settlement

agreement and, if successful, all additional attorney fees and costs from the date of

this order shall be awarded such aggrieved party or parties against the party failing to

consummate the agreement.

**SO ORDERED, this the 10th day of February, 2012.**

**s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE**