**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

KLLM TRANSPORT SERVICES, LLC and
KLLM 401(K) RETIREMENT PLAN                                                          PLAINTIFFS

V.                                                                          CIVIL ACTION NO. 3:09-cv-609 HTW-LRA

RANDY MOWDY, AND MOWDY
FINANCIAL, LLC                                                                        DEFENDANTS

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, KLLM Transport Services, LLC, KLLM 401(k) Retirement Plan, the Estate of Randy Mowdy, and Mowdy Financial, LLC stipulate and agree to a dismissal, with prejudice, of this litigation in its entirety.

THIS the 3rd day of May, 2012.

_____s/Clay Gunn_____
Clay Gunn (MSB No. 102920)
cgunn@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  4268 I-55 North, Meadowbrook Office Park
Jackson, Mississippi  39211-6391
*Telephone*:  (601) 351-2400
*Telecopier*:  (601) 351-2424

**Counsel for Plaintiffs**

_____s/Steve Smith_____
Steven H. Smith (MSB No. 7610)
ssmith@shsattorneys.com
1855 Lakeland Drive Ste R-309
Jackson, MS 39216

**Counsel for Defendants**